UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, and its JOINT BOARD OF TRUSTEES; LES PROTEAU, and CHARLES DEL MONTE, TRUSTEES,<br><br>Plaintiffs,<br><br>vs.<br><br>PERSE CONSTRUCTION COMPANY and SEYED AMIR HOSSEIN ABBASI,<br><br>Defendants. | Case No.: 11-cv-05508-YGR<br><br>**ORDER OF REFERENCE AND SETTING COMPLIANCE CONFERENCE** |

**IT IS HEREBY ORDERED THAT**:

1. In light of the entry of default on March 2, 2012 (Dkt. No. 17), Plaintiffs shall file a motion for default judgment within thirty (30) days of the date of this Order. Said motion shall be **REFERRED** to the Chief Magistrate Judge or her designee for a report and recommendation upon filing.

2. The Court hereby sets a compliance hearing regarding the filing of a motion for default for Friday, June 8, 2012 on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated. If Plaintiffs have filed a motion for default judgment as set forth above, they need not appear and the compliance hearing will be taken off calendar. If compliance is not complete, Plaintiffs shall file, no less than five (5) business days prior to the date of the hearing, a one (1) page statement setting forth an explanation regarding the failure to comply. If such a statement is timely filed, Plaintiffs may appear by phone for the compliance hearing. Failure to file a timely statement may be grounds for sanctions.

3. The Case Management Conference scheduled for May 21, 2012 is hereby **VACATED**. This Order terminates Dkt. No. 21.

**IT IS SO ORDERED.**

Dated: April 24, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE