Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, and its JOINT BOARD OF TRUSTEES; LES PROTEAU and CHARLES DEL MONTE, TRUSTEES,<br><br>        Plaintiffs,<br><br>v.<br><br>PERSE CONSTRUCTION COMPANY, a California corporation; and SEYED AMIR HOSSEIN ABBASI, individually,<br><br>        Defendants. | Case No.: C11-5508 YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL AND ORDER OF DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., voluntarily dismiss, with prejudice, their claim against Defendants PERSE CONSTRUCTION COMPANY, a California corporation, and SEYED AMIR HOSSEIN ABBASI, an individual.  Defendants have neither served Answers nor moved for Summary Judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendants.

/ / /

/ / /

/ / /

1  / / /

2        I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above

3  entitled action, and that the foregoing is true of my own knowledge.

4        Executed this 30th day of July, 2012, at San Francisco, California.

                                      SALTZMAN & JOHNSON
5                                        LAW CORPORATION

6
                          By:         /s/
7                                Michele R. Stafford
                              Attorneys for Plaintiffs
8

9  IT IS SO ORDERED.

10       This case is dismissed with prejudice and all Court hearings and deadlines are hereby

11 vacated.  This Order terminates Dkt. No. 38.

12 Date: August 1, 2012
                       YVONNE GONZALEZ ROGERS
13                        UNITED STATES DISTRICT COURT JUDG